THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| KELVIN FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERV.,<br><br>Defendant. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 1:23-CV-9-BSJ<br><br>District Judge Bruce S. Jenkins |

Plaintiff, Kelvin Frazier, a Florida inmate, filed a *pro se* civil-rights complaint. *See* 42 U.S.C.S. § 1983 (2023). Because Plaintiff had, three or more prior times while incarcerated, filed an action dismissed as "frivolous or malicious or fail[ing] to state a claim upon which relief may be granted," 28 *id.* § 1915(g), the Court concluded that Plaintiff could not proceed *in forma pauperis* but must pay his entire $350 filing fee up front. (ECF No. 10 (Feb. 23, 2023).) The Court warned that Plaintiff's action would be administratively closed unless he paid the full filing fee within thirty days. Plaintiff has never responded.

IT IS THEREFORE ORDERED that this action is ADMINISTRATIVELY CLOSED without prejudice.

DATED this 2nd day of May, 2023.

BY THE COURT:

BRUCE S. JENKINS
United States District Judge